**Dianna S. REDDING, Appellant,**

v.

**Mark E. REDDING, Respondent.**

**No. WD 73652.**

Missouri Court of Appeals, Western District.

Dec. 20, 2011.

Robert C. Paden, Jr., Independence, MO, for appellant.

Brian Baltzell, Kansas City, MO, for respondent.

Before: ALOK AHUJA, P.J., and THOMAS H. NEWTON and JAMES E. WELSH, JJ.

### ORDER

PER CURIAM:

Dianna Redding appeals the circuit court's entry of a Judgment *Nunc Pro Tunc* in this dissolution case. The Judgment *Nunc Pro Tunc* clarified that a debt secured by a piece of real property was awarded, along with the real property, to Ms. Redding. We affirm. Because a pub-

lished opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).